UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:

      TAMMEE SWECK                        BK-15-10352
                  Debtor                CHAPTER 13

<u>ORDER</u>

It is hereby

ORDERED

The employer of the debtor, St. Jude Medical, Attn: Payroll Department, 6300 Bee Caves Road, Austin, TX 78746, shall deduct from the wages of the debtor and forward to the Office of the Chapter 13 Trustee, P.O. Box 2561, Providence, RI 02906 the sum of $710.00 per month commencing July 2015 for the remaining 57 months of the Plan.

*Diane Finkle*

Diane Finkle
U.S. Bankruptcy Judge
Date: 6/5/2015