**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In Re:** | **Tammee L. Sweck** | **Bk No.  1:15-bk-10352** |
| | Debtor | Chapter 13 |
| **Creditor:** | **Alan G. Dana** | |

**DEBTOR'S LIMITED OBJECTION TO ALAN G. DANA'S**
**PROOF OF CLAIM NO. 8**

Now comes the Debtor in the above-entitled matter and hereby files her limited objection to Alan G. Dana's Proof of Claim No. 8 in that, the Debtor does not agree with the "Statement of Claim" attached to the Proof of Claim.

The Debtor does not have an Objection to the amount of the claim listed in Box 4 of the Proof of Claim filed.

The Debtor,
By her attorney,

/s/  Peter M. Iascone
Peter M. Iascone        #3125
Peter M. Iascone & Associates, Ltd.
117 Bellevue Avenue
Newport, RI 02840
(401) 848-5200
(401) 846-8189 facsimile
**iascone@law.necoxmail.com**

[Left margin handwritten note, signed Diane Finkle:] 06/24/2015 NO OBJECTION HAVING BEEN FILED, OBJECTION IS SUSTAINED; CLAIM ALLOWED AS SECURED CLAIM OF $2,200

| | |
|---|---|
| In Re:       Tammee L. Sweck | Bk No.  1:15-bk-10352 |
|              Debtor | Chapter 13 |

**Creditor:**    Alan G. Dana

### NOTICE OF TIME TO RESPOND/OBJECT PURSUANT LOCAL RULE 3007 – 1

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006 if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.  If you timely file such a response, you will be given thirty (30) days notice of the hearing date for this objection.

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June 2015 I electronically filed the Debtor's Objection to Proof of Claim with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participants have received notice electronically:

- John Boyajian    john@bhrlaw.com, martha@bhrlaw.com
- Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov

I hereby certify that on June 5, 2015 I have mailed by United States Postal Service, postage pre-paid, the Debtor's Objection to Proof of Claim and a copy of the Notice of Electronic Filing to the attached list of non CM/ECF participants:

Alan G. Dana
1340 Centre Street, Suite 101
Newton Center, MA 02459

Donald F. Farrell, Jr.
Anderson Aquino LLP
240 Lewis Wharf
Boston, MA 02110

/s/ Peter M. Iascone